IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HOPI TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-cv-00941L<br>Judge Charles F. Lettow |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Defendant respectfully makes this unopposed motion for extension of time, to and including May 29, 2007, within which to file its Answer or otherwise respond to the Complaint herein. The grounds for this motion are as follows:

1. Plaintiff filed this case on December 29, 2006. See Complaint, Doc. 1. Plaintiff's allegations relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff. Currently, Defendant is obligated to file its Answer or otherwise respond to the Complaint by February 27, 2007.

2. On or about February 15, 2007, Defendant's counsel, Anthony P. Hoang, conferred by telephone with Plaintiff's counsel, Reid Peyton Chambers and Anne D. Noto, and, among other things, they discussed and agreed that (a) they would explore the possibility of resolving Plaintiff's issues and claims through settlement discussions; (b) they would explore undertaking several activities, including informal requests and productions of relevant or potentially relevant documents and data, outside formal discovery in furtherance of moving the case forward and facilitating

possible settlement discussions; and (c) Defendant would seek an extension of time, to and including May 29, 2007, within which to file its Answer or otherwise respond to the Complaint. Counsel for the parties agreed that, during that period of time, the parties would confer, among other things, about developing and implementing a joint, cooperative process for obtaining relevant or potentially relevant documents and data outside formal discovery processes so as to facilitate moving the case forward and exploring the possibility of settling this case.

3. Also during the conference call, Defendant's counsel informed Plaintiff's counsel that there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court,[1/] in the United States District Court for the District of Columbia,[2/] and in the United States District Courts in Oklahoma.[3/] See Defendant's Exhibit (Def. Exh.) 1. Given the number of cases, especially those in this Court, Defendant is of the view that it would be in the best interests of the Tribes in litigation and Defendant to work together and, if possible, formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible. To that end, Defendant's counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the United States Department of

---

[1/] There are currently 57 Tribal trust cases in the Court of Federal Claims. See Defendant's Exhibit (Def. Exh.) 1.

[2/] There are currently 37 Tribal trust cases in the United States District Court for the District of Columbia. Exh. 1. Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id. Plaintiff is not one of the Tribes with cases in the District Court and the Court of Federal Claims.

[3/] There are currently nine Tribal trust cases in the United States District Courts in Oklahoma. Exh. 1. Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id. Plaintiff is not one of the Tribes with cases in the District Court and the Court of Federal Claims.

the Interior and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff herein) and with counsel for most of the Tribes in the cases, to determine the feasibility of developing a joint cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation. Defendant plans to discuss with Plaintiff about the viability of such an approach in this case.

4. Even assuming that a cooperative process with other Tribes does not come to fruition, counsel for the parties in this case agreed that the parties would require time until May 29, 2007, at a minimum, to confer and determine whether and how to develop a process for obtaining relevant or potentially relevant documents so as to advance the case and for exploring potential settlement of some or all of Plaintiff's issues and claims. Also, counsel agreed that, on or before May 29, 2007, they might be able to determine whether and how to proceed with this case and to so inform the Court.

5. Based on the foregoing, Defendant respectfully requests that the Court grant its unopposed motion to extend the current deadline for filing its Answer or otherwise responding to the Complaint, from February 27, 2007, to May 29, 2007.

6. The granting of this motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.

WHEREFORE, the parties respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 21th day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

THOMAS KEARNS
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227