IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HOPI TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00941L |
| | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's unopposed motion for extension of time within which to file its Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. The unopposed motion should be and hereby is GRANTED;

2. Defendant shall have to and including May 29, 2007, to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ____________________________ ____________________________________________

HON. CHARLES F. LETTOW
United States Court of Federal Claims