IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-941L

(Filed: February 28, 2007)

THE HOPI TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the government's Unopposed Motion for Extension of Time Within Which to File Answer or Otherwise Respond to Complaint, filed February 21, 2007. The government requests that the court extend from February 27, 2007 to May 29, 2007 the deadline by which the government must respond to plaintiff's complaint. Plaintiff does not oppose this motion.

For good cause shown, the government's motion is GRANTED. The government shall file its answer or other responsive pleading on or before May 29, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge