IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HOPI TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No. 1:06-941 L<br>Judge Charles F. Lettow |

**NOTICE OF APPEARANCE**

To the Clerk:

Please withdraw the appearance of Martin J. LaLonde and enter the appearance of Carol L. Draper as counsel of record for Defendant in this case.

Service of all papers on Ms. Draper by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Ms. Draper should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Room 3114
Washington, D.C. 20004

Respectfully submitted this 24th day of May, 2007.

MATTHEW J. McKEOWN
Acting Assistant Attorney General

K. JACK HAUGRUD, Chief

s/ *Carol L. Draper*
CAROL L. DRAPER (PA Bar # 39388)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

THOMAS KEARNS
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227