IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HOPI TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-cv-00941 L<br>Judge Charles F. Lettow |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's second unopposed motion for extension of time within which to file its Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. The unopposed motion should be and hereby is GRANTED;

2. Defendant shall have to and including August 27, 2007, to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ____________________________ ____________________________________

HON. CHARLES F. LETTOW
United States Court of Federal Claims