IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-941L

(Filed: July 11, 2007)

THE HOPI TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

A status conference was held on July 11, 2007 to address further proceedings in this case. In light of the discussion at the hearing, the Defendant's Second Unopposed Motion For Enlargement Of Time Within Which To File Answer Or Otherwise Respond To Complaint is GRANTED IN PART and DENIED IN PART. The government shall file its answer on or before September 10, 2007. In addition, the parties shall file a Joint Preliminary Status Report on or before June 12, 2008, and the provisions of Appendix A of the Rules of the Court of Federal Claims shall be suspended in the interim.

It is so ORDERED.

s/ Charles F. Lettow
Judge