IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HOPI TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00941 |
| | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint status report and joint motion for enlargement of time within which to prepare and file their joint preliminary status report (JPSR) pursuant to Appendix A of the Rules of the Court of Federal Claims (RCFC). Upon consideration of the joint status report and the joint motion and for good cause shown, it is hereby ORDERED that

1. The parties' joint motion for enlargement of time within which to prepare and file their JPSR pursuant to RCFC Appendix A should be and hereby is GRANTED.

2. The parties shall have to and including September 30, 2008, to file their JPSR.

So ordered.

Date: ______________________

______________________________
HON. CHARLES F. LETTOW
Judge, United States Court of Federal Claims