IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-941L

(Filed: July 2, 2008)

THE HOPI TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

The court acknowledges the joint status report filed by the parties on June 12, 2008. Also pending before the court is the parties' joint motion for an enlargement of time within which to submit their joint preliminary status report (JPSR) pursuant to Appendix A of the Rules of the Court of Federal Claims.

For good cause shown, the joint motion is GRANTED. The JPSR shall be due on September 30, 2008.

It is so ORDERED.

s/ Charles F. Lettow

Judge